IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISAIAH HOOD-BEY,<br><br>               Plaintiff,<br><br>   vs.<br><br>CHAD M. BROWN, Judge; KEITH KOLLASCH, Attorney; JESSICA WALKER, OMAHA POLICE DEPARTMENT, DMV, BEAU FINLEY, Judge; MARCELA KEIM, DEREK R. VAUGHN, GRANT A. FORSBERG, THOMAS K. HARMON, STATE OF NEBRASKA, DOUGLAS COUNTY CORRECTIONS, LACEE GERUNICK, SADIE ABOOD, KAITLIN HAHN, HALL OF JUSTICE-DOUGLAS, OMAHA, NE, JADYN ANDERSON, DR. ALYSSA BISH, DHHS, PROJECT HARMONY, EMILY KIERSCHT, Teacher; MARIA RODEN, Principal; SUNNY SLOPE ELEMENTARY, OMAHA PUBLIC SCHOOLS, CHI IMANNUEL HEALTH, SCOTT, Officer; TANNER REISS, RAUN L. ELLEB, BENJAMIN WEIDNER, AUSTIN BECK, LUCIANO S. RIZZO, NOAH ZENDEJAS, and DOUGLAS E. JOHNSON,<br><br>               Defendants. | 8:24CV474<br><br>**ORDER REGARDING ADDITIONAL DOCUMENTS MAILED TO THE COURT** |
| ISAIAH HOOD-BEY,<br><br>               Plaintiff,<br><br>   vs.<br><br>DEPARTMENT OF MOTOR VEHICLES, DOUGLAS COUNTY COURT, STATE OF NEBRASKA, OFFICER NOAH ZENDEJAS (2513), LUCIANO S RIZZO (1930), LACEE K GERWECK, (Y656); AUSTIN BECK, (2443); and JESSICA WALKER, (2520),<br><br>Defendants. | 8:24CV255<br><br>**ORDER REGARDING ADDITIONAL DOCUMENTS MAILED TO THE COURT** |

Another Judge of this Court to whom one of these cases was previously assigned has forwarded to the undersigned an additional package of documents from Plaintiff Isaiah Hood-Bey sent by Certified U.S. Mail and postmarked December 18, 2024. A brief review of the documents has not discovered any cover letter or other document indicating the purpose of submitting the documents to the Court or to what case they pertain. Under the circumstances, the Court cannot determine whether the documents are in support of or opposition to any motion or other request for action by the Court in either of Hood-Bey's existing cases or another newly removed case. Accordingly,

IT IS ORDERED that on or before February 17, 2024, Plaintiff Isaiah Hood-Bey must file a notice indicating to the Court the case in which the package of documents sent Certified U.S. Mail postmarked December 18, 2024, has been submitted and for what purpose. He shall also file a separate motion or opposition to which the documents are to be attached as an index of evidence. Failure to do so will result in return of the documents with no further action by the Court.

Dated this 3rd day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge