IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISAIAH HOOD-BEY,<br><br>                Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF MOTOR VEHICLES, DOUGLAS COUNTY COURT, STATE OF NEBRASKA, OFFICER NOAH ZENDEJAS (2513), LUCIANO S RIZZO (1930), LACEE K GERWECK (Y656), AUSTIN BECK (2443), and JESSICA WALKER (2520),<br><br>                Defendants. | 8:24CV255<br><br>ORDER ADDRESSING PLAINTIFF'S AUTHORIZATION TO PROCEED IN FORMA PAUPERIS |

*Pro se* plaintiff Isaiah Hood-Bey filed this 42 U.S.C. § 1983 case on June 24, 2024. Filing 1. On April 22, 2025, the Court dismissed Hood-Bey's action without prejudice for failure to make service within the time provided by Federal Rule of Civil Procedure 4(m). Filing 33. Hood-Bey filed a notice of appeal on May 22, 2025, Filing 36, but he has not paid the filing fee for an appeal or filed a motion for permission to appeal in forma pauperis. As a result, his notice of appeal cannot presently be processed.

      The Court notes that Hood-Bey previously paid the filing fees for his two different federal lawsuits, including this lawsuit, which has been dismissed. If Hood-Bey wishes to appeal this Court's decision without prepayment of the appellate filing fee, he should file a motion for permission to appeal in forma pauperis and the Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis. These forms are available on the Court's website at www.ned.uscourts.gov/public/proceeding-without-an-attorney. Otherwise, Hood-Bey is directed to pay the filing fee for an appeal. Accordingly,

IT IS ORDERED that Plaintiff is directed to pay the filing fee for an appeal or move for permission to appeal in forma pauperis and file the accompanying financial affidavit within ten (10) days of this order. Failure to do so will result in denial of his application to appeal in forma pauperis.

Dated this 3rd day of June, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge